E-FILED
Monday, 11 June, 2018 04:21:55 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 11 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

①

Greetings

18-3140    u.s. district court

on wednesday may 30th 2018 between 12:30 & 1:00 AM i had occasion to call 911 because of a violent assualt + property damage against me the proprietor of the the residence, before the police arrived, i was assualted phisically + the bedroom of my apartment was totally destroyed, the furniture + my telavision were rendered useless after the perpatraitor was finished with their destructive rein.

there were holes in my bedroom door + walls after the dust settled, the police took over 30 minutes to arrive after i called 911, the entire time, this person was on a mission to destroy! She locked herself in my bedroom, after the police arrived, they seperated us by putting me outside of my own residence waiting in the rain while this person would remain inside of my residence to say + do whatever came to mind, which is what happened, during the process of them allowing her to remain in my residence for questioning, she stole my house keys + car keys and has been stalking my residence ever since.

for reasons that totally escape my understanding, the police decided that they would not arrest her or charge her with a crime in light of all of the damage at my home, +



the theft of my house keys & car keys which i still have not gotten back at this time. i was not under investigation, nor was i arrested for anything.

in my opinion, one of the most egregious acts of this entire situation that was another responsibility of the springfield police department was, that they should've written a police report about the incident, but they did not. i had to get a watered down version of what happened with this situation when i went to their department to complain about the treatment that i recieved days later. i theorize that this action of not writing a police report was to keep me from complaining of their investigation.

as the police finished their investigation & were escorting her out of my residence while i sat out in the rain, she made a threat on my life right in front of three exiting officers & they did not take action against anything she said or did that night. She did over a thousand dollars damge to house & property & the theft of car and house keys & they, the police, did not see anything that she could be charged with or arrested for concerning the entire incident. and there is police cam video of events after they arrived at my apartment at 822 west Jefferson APt C-5 Spfld Il.

③

I request that officers Sullivan badge #772
wilkerson #762
+ Elmore #725
Stand accountable in this court, + myself Kenneth W. Foster given releif in a manner deemed satisfactory by the court + myself for, willful + wanton negligence + official misconduct for the handling of the investigation that took place at my home on may 30th after midnight at 822 west Jefferson Apartment C-5 SPfld Il. They, the police, as sworn agents of the state of Illinois should be held accountable for the (discrepencies) that they (willfully) chose not to act on!

June 5th 2018

Sincerily

Kenneth W. Foster

mailing → P.O. box 6072
SPfld Il. 62708